B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  Paradise Palms, LLC
                                     Debtor

Case No. __6:09-bk-17926-KSJ__

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,906,520.00 | | |
| B - Personal Property | Yes | 3 | 6,906,775.99 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 17,760,691.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 186,041.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 917,083.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 13,813,295.99 | | |
| | | Total Liabilities | | 18,863,815.58 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                     Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re   **Paradise Palms, LLC**
_____,
Debtor

Case No. __6:09-bk-17926-KSJ__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     **Paradise Palms, LLC**                                Case No. **6:09-bk-17926-KSJ**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8950 Paradise Palms Blvd. Kissimmee, FL** <br> Tax Assessed Value | | - | 6,906,520.00 | 15,631,640.84 |

                                                                      Sub-Total >     **6,906,520.00**     (Total of this page)

                                                                           Total >     **6,906,520.00**

**0** continuation sheets attached to the Schedule of Real Property              (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Paradise Palms, LLC** , Case No. **6:09-bk-17926-KSJ**
Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Seacoast National Bank** XXXXX5100 | - | 0.00 |
| | | **SunTrust Bank** XXXXXXXX3457 | - | 255.99 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **255.99**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Paradise Palms, LLC**                                            , Case No. __6:09-bk-17926-KSJ__
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                                    Sub-Total >         **0.00**
                                                                                 (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Paradise Palms, LLC**                                                   ,   Case No. __6:09-bk-17926-KSJ__
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **See Attached Exhibit A** | - | **6,906,520.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >   **6,906,520.00**
(Total of this page)
Total >   **6,906,775.99**

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

# REPORT OF PHYSICAL INVENTORY

## Check List Item # 14

1. Platted, Developed Lots For Immediate Sale:     <u>80</u> In Phase 1

2. Unplatted Developed Lots NOT For Immediate Sale:     <u>184</u> In Phase 2

3. Unplatted Undeveloped Lots NOT For Immediate Sale: <u>320</u> In Phases 3 & 4

         Total Lots In Inventory: <u>584</u>

Note: The project is divided into four phases – Phase 1 has 160 lots; Phase 2 has 184 lots; Phase 3 has 228 lots; and Phase 4 has 92 lots – the total project lots are 664.

Lennar has purchased 72 lots in Phase 1 from Paradise Palms LLC. Mannin Homes has purchased 8 lots in Phase 1 from Paradise Palms LLC.

Lennar has constructed and sold 72 town homes on the lots in Phase 1.

Mannin Homes has not started construction and pre-sales on their town homes.

Exhibit A

B6D (Official Form 6D) (12/07)

In re **Paradise Palms, LLC**  ,  Case No. **6:09-bk-17926-KSJ**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx689-1** <br><br> Len Paradise LLC <br> 600 North Westshore Blvd <br> Suite 900 <br> Tampa, FL 33609 | X | - | Balance on Secured Contruction Loan <br><br><br> Value $ 6,906,520.00 | | | X | 15,631,640.84 | 8,725,120.84 |
| Account No. <br><br> Peter L. Desiderio, Esq. <br> Stearns Weaver et al <br> 200 E Las Olas Blvd. #2100 <br> Ft. Lauderdale, FL 33301 | | | Additional Notice: <br> Len Paradise LLC <br><br> Value $ | | | | Notice Only | |
| Account No. <br><br> US Home Corporation <br> 600 North Westshore Blvd. <br> Suite 900 <br> Tampa, FL 33609 | | - | 2nd mortgage for deposit on lots <br><br><br> Value $ 6,906,520.00 | | | X | 1,846,988.00 | 0.00 |
| Account No. <br><br> Westside Community <br> Development District <br> 201 E. Pine Street <br> Suite 201 <br> Orlando, FL 32801 | | - | 10/1/2009 <br> CDD Assessment - 2009-2010 for property owned that is not platted. <br><br> Value $ 6,906,520.00 | | | | 282,062.49 | 0.00 |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 17,760,691.33 | 8,725,120.84 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 17,760,691.33 | 8,725,120.84 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                                                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Paradise Palms, LLC**                                               ,   Case No. __6:09-bk-17926-KSJ__
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___2___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Paradise Palms, LLC**, Case No. **6:09-bk-17926-KSJ**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Florida Dept of Revenue** <br> **Attn: Executive Director** <br> **5050 W Tennessee St** <br> **Tallahassee, FL 32399-0140** | - | | | | | Unknown | | Unknown |
| | | | | | | Unknown | | 0.00 |
| Account No. <br> **Internal Revenue Service** <br> **Centralized Insolvency Ops** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | - | | | | | Unknown | | Unknown |
| | | | | | | Unknown | | 0.00 |
| Account No. <br> **Internal Revenue Svc*** <br> **Spec Proc Function** <br> **PO Box 35045, Stop 5720** <br> **Jacksonville, FL 32202** | - | | | | | Unknown | | Unknown |
| | | | | | | Unknown | | 0.00 |
| Account No. <br> **Patsy Heffner** <br> **Tax Collector** <br> **P.O. Box 422105** <br> **Kissimmee, FL 34742-2105** | - | 2009 <br><br> 2009 Real Estate tax | | | | | | 163,366.92 |
| | | | | | | 163,366.92 | | 0.00 |
| Account No. <br> **Patsy Heffner** <br> **Tax Collector** <br> **P.O. Box 422105** <br> **Kissimmee, FL 34742-2105** | - | 2009 <br><br> 2009 Tangible tax | | | | | | 22,674.29 |
| | | | | | | 22,674.29 | | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    186,041.21    186,041.21    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re  **Paradise Palms, LLC**                              Case No. **6:09-bk-17926-KSJ**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SEC<br>Branch of Reorganization<br>3475 Lenox Rd NE #1000<br>Atlanta, GA 30326 | - | | | | | | Unknown | | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page): 0.00 | 0.00 | 0.00

Total (Report on Summary of Schedules): 186,041.21 | 186,041.21 | 0.00

B6F (Official Form 6F) (12/07)

In re  **Paradise Palms, LLC**  
Debtor

Case No. **6:09-bk-17926-KSJ**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Admiral Security<br>4401 East West Hwy<br>Suite 500<br>Bethesda, MD 20814 | | - | 7/13 - 9/6/08<br>Balance On Account - Security Services | | | | 12,755.80 |
| Account No.<br><br>Baker Hostetler<br>P.O. Box 70189<br>Cleveland, OH 44190 | | - | 9/15 - 12/5/08<br>Legal Fees | | | | 59,090.25 |
| Account No.<br><br>Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | | - | 8/15/08 - TD<br>Balance On Account - Credit Card Charges | | | | 34,346.05 |
| Account No.<br><br>Blue Cross & Blue Shield<br>of Florida<br>P.O. Box 105358<br>Atlanta, GA 30348-5358 | | - | 9/17/2009<br>Monthly Medical Bill | | | | 5,647.35 |
| **_5_** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 111,839.45 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Paradise Palms, LLC**                                       Case No. __6:09-bk-17926-KSJ__
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>City Insurance Agency, Inc<br>2929 N University Dr<br>Suite 107<br>Coral Springs, FL 33065 | | - | 10/27/2008<br>CGL for PP, LLC - Colony Ins Co | | | | 2,959.13 |
| Account No.<br><br>City Insurance Agency, Inc<br>2929 N University Dr<br>Suite 107<br>Coral Springs, FL 33065 | | - | 11/24/2008<br>Property for PP, LLC - Colony Ins Co | | | | 13,738.65 |
| Account No.<br><br>Craftbuilt Homes<br>6165 Lake Lizzie Drive<br>Kissimmee, FL 34771 | | - | 5/15/2008<br>Balance due on Const. of Club House | | | | 228,333.35 |
| Account No.<br><br>Dept of Comm Dev<br>1 Courthouse Square<br>Suite 1400<br>Kissimmee, FL 34741 | | - | 8/29/2007<br>Maintenance Irrevocable LOC | | | | 186,516.00 |
| Account No.<br><br>Discount Propane<br>546 S. Shell Road<br>Debary, FL 32713 | | - | 9/1/2009<br>Average Monthly Purchases | | | | 533.21 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    432,080.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Paradise Palms, LLC**, Case No. **6:09-bk-17926-KSJ**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>E-Pass Service Center<br>762 S. Goldenrod Road<br>Orlando, FL 32822 | | - | 9/1/2009<br>Monthly Toll Charges | | | | 352.85 |
| Account No.<br>Engage Technologies<br>8419 Sunstate Street<br>Tampa, FL 33634 | | - | 2/21/2008<br>Balance On Account - Equipment Installation | | | | 8,335.65 |
| Account No.<br>Invisible Waste Services<br>P.O. Box 888405<br>Grand Rapids, MI 49588-8405 | | - | 9/1/2009<br>Monthly Valet Trash Pickup | | | | 1,486.66 |
| Account No. Kua #2108842-1115308<br>P.O. Box 850001<br>Orlando, FL 32825-0096 | | - | 9/25/2009<br>Monthly Water Charges | | | | 6.35 |
| Account No. Kua #2108842-1115728<br>P.O. Box 850001<br>Orlando, FL 32825-0096 | | - | 9/25/2009<br>Monthly Water Charges | | | | 56.06 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,237.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Paradise Palms, LLC** Case No. **6:09-bk-17926-KSJ**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kua #2108842-1116568<br>P.O. Box 850001<br>Orlando, FL 32825-0096 | | - | 10/2/2009<br>Monthly Water Charges | | | | 10.96 |
| Account No.<br><br>Kua #2108842-1116578<br>P.O. Box 850001<br>Orlando, FL 32825-0096 | | - | 9/25/2009<br>Monthly Water Charges | | | | 10.96 |
| Account No.<br><br>Kua #2108842-1118248<br>P.O. Box 850001<br>Orlando, FL 32825-0096 | | - | 9/25/2009<br>Monthly Irrigation Charges | | | | 1,776.83 |
| Account No.<br><br>Outdoor Living Pool<br>4031 West 1st Street (Sr 46)<br>Sanford, FL 32771 | | - | 8/23/2009<br>Balance On Account - Trade Debt | | | | 2,250.00 |
| Account No.<br><br>Progress Energy<br>P.O. Box 33199<br>St. Petersburg, FL 33733-8199 | | - | 4/22/09<br>Cost to repair cable damage | | | | 6,365.12 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,413.87**

In re  Paradise Palms, LLC
         Debtor

Case No. 6:09-bk-17926-KSJ

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Progress Energy #12613-83136<br>P.O. Box 33199<br>St.Petersburg, FL 33733-8199 | | - | 9/28/2009<br>Monthly Electric Charges | | | | 429.22 |
| Account No.<br>Progress Energy #42934-88136<br>P.O. Box 33199<br>St.Petersburg, FL 33733-8199 | | - | 7/13/2009<br>Balance on Light Pole Installation | | | | 100,740.62 |
| Account No.<br>Progress Energy #42964-84550<br>P.O. Box 33199<br>St.Petersburg, FL 33733-8199 | | - | 9/28/2009<br>Monthly Electric Charges | | | | 3,700.00 |
| Account No.<br>Progress Energy #73583-52287<br>P.O. Box 33199<br>St.Petersburg, FL 33733-8199 | | - | 9/28/2009<br>Monthly Electric Charges | | | | 1,114.77 |
| Account No.<br>Progress Energy #92645-18504<br>P.O. Box 33199<br>St.Petersburg, FL 33733-8199 | | - | 3/17 - 9/15/09<br>Balance on Light Pole Electric Charges | | | | 16,368.76 |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  122,353.37

In re **Paradise Palms, LLC**                                    Case No. **6:09-bk-17926-KSJ**
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tohopekaliga Water Authority**<br>**101 N Church Street**<br>**Kissimmee, FL 34741** | - | | 3/7/2007<br>**Balance + Interest Sewer Impact Fee** | | | | 230,158.44 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   230,158.44

Total (Report on Summary of Schedules)   917,083.04

B6G (Official Form 6G) (12/07)

In re  **Paradise Palms, LLC**                                                                 Case No. __**6:09-bk-17926-KSJ**__
                                            Debtor                                          ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

    0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

In re    **Paradise Palms, LLC**                                              Case No. __**6:09-bk-17926-KSJ**__

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Andrew LaRosa**<br>801 Oak Shadows Rd.<br>Celebration, FL 34747 | **Len Paradise LLC**<br>600 North Westshore Blvd<br>Suite 900<br>Tampa, FL 33609 |
| **Joseph Rogers**<br>1501 Chapman Oak Ct.<br>Kissimmee, FL 34747 | **Len Paradise LLC**<br>600 North Westshore Blvd<br>Suite 900<br>Tampa, FL 33609 |
| **Paradise Palms Resort Club, LLC**<br>8950 Paradise Palms Blvd.<br>Kissimmee, FL 34747 | **Len Paradise LLC**<br>600 North Westshore Blvd<br>Suite 900<br>Tampa, FL 33609 |
| **Ronald Abate**<br>1418 Stickley Ave.<br>Celebration, FL 34747 | **Len Paradise LLC**<br>600 North Westshore Blvd<br>Suite 900<br>Tampa, FL 33609 |
| **US Enterprises of Central Florida, Corp.**<br>801 Oak Shadow Rd.<br>Celebration, FL 34747 | **Len Paradise LLC**<br>600 North Westshore Blvd<br>Suite 900<br>Tampa, FL 33609 |
| **US Enterprises of CF, LLC**<br>801 Oak Shadow Rd.<br>Celebration, FL 34747 | **Len Paradise LLC**<br>600 North Westshore Blvd<br>Suite 900<br>Tampa, FL 33609 |

__0__ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Paradise Palms, LLC
Debtor(s)

Case No.   6:09-bk-17926-KSJ
Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the a Member of U.S. Enterprises of CF, L.L.C., MGRM of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   12/18/09         Signature   _____
**Andrew LaRosa**
**a Member of U.S. Enterprises of CF, L.L.C., MGRM**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.